United States District Court
# EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS OF RELEASE AND BOND |
|---|---|
| V. | |
| Chung Yu-Holguin _Defendant_ | Case No.: 13 CR 259 (KAM) |

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, **subject to the Standard Conditions of Bond on the reverse** and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[✓] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or  $200,000
[ ] Upon **Secured Appearance Bond** as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: __EDNY + SDNY__

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____
[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.
[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
  [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;   as directed
  [✓] must report to that agency ( ) in person_____ times per _____ and/or ( ) by telephone _____ times per _____   by PTS
  [✓] is subject to home detention with electronic monitoring with the following conditions: __work, school,__
  __medical emergencies + appts, court, atty visits__
[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[✓] 6. Other Conditions: __2 additional financially responsible sureties to sign__
__the bond plus the brother and sister-in-law to sign in Miami__

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $__200,000__. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____;
[ ] premises located at: _____ owned by _____
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____.

[ ] Other Conditions: _____

Onkai Yu Lopez   Surety Yu Lopez   Address: 1 Jacobus Pl, Bronx NY 10463, Apt 57C
Maxima R. Holguin  Surety Magoly Holguin  Address: 56 Fairview St apt 2F Yonkers NY 10703
Helen J         Surety Yu-Holguin  Address: 56 Fairview St Apt 2F Yonkers NY 10703

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the **Standard Conditions of Bond** set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. **I am aware of the penalties and sanctions set forth on the reverse of this form.**

_____
(Signature of Defendant)

Release of the Defendant is hereby ordered on __8/14__, 20__14__

s/LB
_____, USMJ

Distribution:   White - Original   Canary - Courtroom Deputy   Pink - Pretrial Services   Goldenrod - Defendant

Docket No. **13CR259(KAM)**  PAGE **2** OF **2**

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: **Chung Yu-Holguin**     Amount of Bond: $ **200,000**

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

|  | Address | Date | Acknowledged Before |
|---|---|---|---|
| Surety: **Franshesca Marmol** (Taken in Florida) | | | USMJ |
| Surety: **Julio Mercedes Holguin** | **727 Bronx River RD Yonkers** | | USMJ |
| Surety: **Ivan Urbaez** | **253 Mary Lou Ave, Second floors Yonkers** | | USMJ |
| Surety: **Geronimo Berroa Jr** | | | USMJ |
| Surety: | | | USMJ |
| Surety: | | | USMJ |

Signed and Acknowledged by all the above sureties before me on **8/14**, 20**13**   _Lori Bloom_, USMJ.

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at: _____

Owned by: _____

Premises located at: _____

Owned by: _____

Premises located at: _____

Owned by: _____





**United States District Court**
**EASTERN DISTRICT OF NEW YORK**

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS |
| --- | --- |
| V. | OF RELEASE AND BOND |
| Chung Yu-Holguin | Case No.: 13CR259(KAM) |
| Defendant | |

### RELEASE ORDER

- It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:
  - [ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or
  - [ ] Upon Unsecured Bond executed by defendant in the amount of $_____, or  $200,000
  - [ ] Upon Secured Appearance Bond as provided herein.

**Additional Conditions of Release**

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: __EDNY + SDNY__

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
  [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work: __as directed__
  [✓] must report to that agency ( ) in person ____ times per ____ and/or ( ) by telephone ____ times per ____ __by PTS__
  [✓] is subject to home detention with electronic monitoring with the following conditions: __work, school, medical emergencies + appts, court, atty visits__

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[✓] 6. Other Conditions: __2 additional financially responsible sureties to sign the bond plus the brother and sister-in-law to sign in Miami__

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $__200,000__. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

- [ ] cash deposited in the Registry of the Court the sum of $_____;
- [ ] premises located at: _____ owned by _____
- [ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____.

[ ] Other Conditions: _____

| Signature | Address |
| --- | --- |
| OnKai Yu Lopez / Surety Yu. Lopez | 1 Jacobus Pl, Bronx NY 10463, Apt 57C |
| Maxima R. Holguin / Surety Magoly Holguin | 56 Fairview St apt 2F Yonkers NY 10703 |
| Helen Q. / Surety Yu-Holguin | 56 Fairview St Apt. 2F Yonkers NY 10703 |

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

Release of the Defendant is hereby ordered on _____, 20__

_____, US_J

Signature of Defendant _____

Docket No. __13CR259(KAM)__                                    PAGE _2_ OF _2_

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: __Chung Yu-Holguin__          Amount of Bond: $ __200,000__

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

| Surety | Address | Date | Acknowledged Before |
|---|---|---|---|
| Franchesca Marmol | 18255 WW 73 Ave #204 Miami FL 33015 | 08/13/13 | _____ USMJ |
| Julia Mercedes Holguin | 18255 N.W. 73 Ave. #204 Miami FL 33015 | 08/13/13 | _____ USMJ |
| Surety: | | | _____ USMJ |
| Surety: | | | _____ USMJ |
| Surety: | | | _____ USMJ |
| Surety: | | | _____ USMJ |

Signed and Acknowledged
by all the above sureties
before me on _____, 20___          _____, USMJ.


The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at : _____

Owned by : _____


Premises located at : _____

Owned by : _____


Premises located at : _____

Owned by : _____

AUG-13-2013 10:19AM FROM-USDC ROOM 392　　　　3055235289　　　T-849　P.003/003　F-227



