*United States District Court*
# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                    ORDER SETTING CONDITIONS
                                             OF RELEASE AND BOND
V.
                                             Case No.:
__Chung Yu-Holguin__                         13CR259(KAM)
         Defendant

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:
- [ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
- [ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or   $200,000
- [ ] Upon **Secured Appearance Bond** as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: __EDNY + SDNY__

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and __as directed__
   [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
   [✓] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____ __by PTS__
   [✓] is subject to home detention with electronic monitoring with the following conditions: __work, school,__
   __medical emergencies + appts, court, atty visits__
   [ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
   [ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[✓] 6. Other Conditions: __2 additional financially responsible sureties to sign the bond plus the brother and sister-in-law to sign in Miami__

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ __200,000__. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

- [ ] cash deposited in the Registry of the Court the sum of $_____;
- [ ] premises located at: _____ owned by _____
- [ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____
- [ ] Other Conditions: _____

__On Kai Yu Lopez__  Surety __Yu. Lopez__     Address: __1 Jacobus Pl, Bronx NY 10463, Apt 57C__
__Maxima N. Holguin__ Surety __Magaly Holguin__ Address: __56 Fairview St Apt 2F Yonkers NY 10703__
__Helen Q Yu__       Surety __Yu-Holguin__    Address: __56 Fairview St Apt. 2F Yonkers NY 10703__

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

_____
Signature of Defendant

Release of the Defendant is hereby ordered on _____ 20___

_____, US_J

Docket No. 13CR259(KAM)                                    PAGE 2 OF 2

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: Chung Yu-Holguin                     Amount of Bond: $ 200,000

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

|  | Address | Date | Acknowledged Before |
|---|---|---|---|
| Surety: Francisca Marmol | 18255 WW 73 Ave #204 Miami FL 33015 | 08/13/13 | _____USMJ |
| Surety: Julia Mercedes Holguin | 18255 N.W. 73 Ave. #204 Miami FL 33015 | 08/13/13 | _____USMJ |
| Surety: | | | _____USMJ |
| Surety: | | | _____USMJ |
| Surety: | | | _____USMJ |
| Surety: | | | _____USMJ |

Signed and Acknowledged
by all the above sureties
before me on _____, 20____       _____, USMJ.


The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Case 1:13-cr-00259-KAM   Document 71   Filed 08/27/13   Page 3 of 3 PageID #: 207



